UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:24-cr-400-SDM-LSG

ALEXANDR KHODYREV

### UNITED STATES' RESPONSE TO DEFENDANT KHODYREV'S MOTION TO SEAL

In response to the Court's Order, *see* ECF No. 53, the United States notes that it does <u>not</u> oppose defendant Khodyrev's Motion to Seal, *see* ECF No. 49.

                                           Respectfully submitted,

                                           ROGER B. HANDBERG
                                           United States Attorney

By:   */s/ Michael M. Gordon*
       Michael M. Gordon
       Assistant United Stated Attorney No. 182
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:   (813) 274-6000
       Facsimile:   (813) 274-6358
       E-mail: michael.gordon3@usdoj.gov

U.S. v. Alexandr Khodyrev, et al.          Case No. 8:24-cr-400-SDM-LSG

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and provided a copy to the following attorneys of record:

Jonathan Hackworth, Esq., counsel for Khodyrev

Arkady Bukh, Esq., counsel for Khodyrev

John Torikashvili, Esq., counsel for Kublitskii

                    */s/ Michael M. Gordon*
                    Michael M. Gordon
                    Assistant United States Attorney, No. 182
                    400 N. Tampa Street, Suite 3200
                    Tampa, Florida 33602-4798
                    Telephone:   (813) 274-6000
                    Facsimile:   (813) 274-6178
                    E-mail: michael.gordon3@usdoj.gov