UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-400-SDM-LSG

ALEXANDR KHODYREV and
PAVEL KUBLITSKII

## MARCH 2025 JOINT STATUS REPORT

The United States of America and Jonathan Hackworth, attorney for Alexandr Khodyrev, and John Torikashvili, attorney for Pavel Kublitskii, hereby file this joint status report:

1. On July 22, 2024, the United States charged Khodyrev and Kublitskii in a two-count Complaint with conspiring to commit access device fraud, in violation of 18 U.S.C. § 371, and conspiring to commit wire fraud, in violation of 21 U.S.C. § 1349. ECF No. 1.

2. On August 6, 2024, Kublitskii was arrested in the Southern District of Florida and had his initial appearance before a magistrate judge in that district, who granted Kublitskii conditions of release and transferred his case to the Middle District of Florida. *See United States v. Kublitskii*, 1:24-mj-3632.

3. On August 8, 2024, Khodyrev was arrested in the Middle District of Florida and had his initial appearance before Magistrate Judge Tuite, who

granted conditions of release, *see* ECF No. 8, which he later adjusted, *see* ECF Nos. 14, 17.

4. On September 4, 2024, a grand jury sitting in the Middle District of Florida charged Khodyrev and Kublitskii in a two-count indictment containing the same two charges: conspiring to commit access device fraud, in violation of 18 U.S.C. § 371, and conspiring to commit wire fraud, in violation of 21 U.S.C. § 1349. ECF No. 22.

5. On September 20, 2024, Khodyrev waived his arraignment and personal appearance and entered a plea of not guilty, ECF No. 29, which the Court accepted, ECF No. 31.

6. On November 12, 2024, Kublitskii waived his arraignment and personal appearance and entered a plea of not guilty, ECF No. 40, which the Court accepted, ECF No. 42.

7. The United States is in the process of providing discovery.

8. The United States has not yet tendered a plea agreement offer to either defendant.

9. The parties do not expect that this case will require a trial.

10. If a trial is necessary, however, approximately five days will be required for the government's case-in-chief.

11. The case is currently on the Court's April 2025 trial calendar. ECF

No. 56.

12. There are no pending motions at this time.

13. There is no speedy trial problem at this time. Given that Khodyrev's initial appearance on the indictment occurred on September 20, 2024, the statutory speedy trial period would have run on November 28, 2024, but the speedy trial clock has been tolled since at least November 14, 2024, when Khodyrev moved for a continuance, ECF. No 45, which the Court granted, ECF No. 46. *See also* ECF Nos. 52, 56 (second defense motion for a trial continuance).

        Respectfully submitted,

        SARA C. SWEENEY
        Acting United States Attorney

By: */s/ Michael M. Gordon*
     Michael M. Gordon
     Assistant United Stated Attorney No. 182
     400 N. Tampa Street, Suite 3200
     Tampa, Florida 33602-4798
     Telephone: (813) 274-6000
     Facsimile: (813) 274-6358
     E-mail: michael.gordon3@usdoj.gov

**U.S. v. Alexandr Khodyrev, et al.**     **Case No. 8:24-cr-400-SDM-LSG**

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jonathan Hackworth, Esq., counsel for Khodyrev

John Torikashvili, Esq., counsel for Kublitskii

                                 */s/ Michael M. Gordon*
                                 Michael M. Gordon
                                 Assistant United States Attorney, No. 182
                                 400 N. Tampa Street, Suite 3200
                                 Tampa, Florida 33602-4798
                                 Telephone:   (813) 274-6000
                                 Facsimile:   (813) 274-6178
                                 E-mail: michael.gordon3@usdoj.gov